IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-00387-CMA-MJW

ALYSSA GROSS,

Plaintiff(s),

v.

SAFECO INSURANCE COMPANY OF AMERICA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate and Reset Settlement Conference and Extend Discovery Deadlines (docket no. 14) is GRANTED finding good cause shown.  The deadline to complete discovery is extended to March 18, 2011.  The deadline to file dispositive motions is extended to April 18, 2011.  The deadline for Plaintiff to disclose experts is extended to January 18, 2011.  The deadline for Defendant to disclose experts is extended to February 18, 2011.  The settlement conference set on December 3, 2010, at 1:30 p.m. is VACATED and the parties shall contact Magistrate Judge Watanabe's chambers at 303-844-2403 within five days from the date of this minute order and reset the settlement conference.  The final pretrial conference remains set on May 16, 2011, at 8:30 a.m.

Date:   November 29, 2010