**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00387-CMA-MJW

ALYSSA GROSS,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendant.
_____

**ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**
_____

Pursuant to the Stipulation of the parties filed on February 15, 2011 (Doc. #23), this action is DISMISSED WITH PREJUDICE.  Each party is to pay his or its own attorneys' fees and costs.

DATED: February 16, 2011

                                                           BY THE COURT:

                                                           *s/ William J. Martínez*_____
                                                           United States District Judge